[No. 70265-3-I.   Division One.   April 7, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. BEE THOW SAYKAO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 10-1-09308-3, Kimberley Prochnau, J., entered September 26, 2013. *Affirmed in part* and *remanded with instructions* by unpublished per curiam opinion.

[No. 70297-1-I.   Division One.   April 7, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JEROME KEITH JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 12-1-00566-1, Regina S. Cahan, J., entered March 28, 2013. *Remanded with instructions* by unpublished per curiam opinion.

[No. 70533-4-I.   Division One.   April 7, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH CASSELL, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 13-1-00161-9, Deborra Garrett, J., entered May 21, 2013. *Dismissed* by unpublished per curiam opinion.